UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Zachary Franklin,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>ProCollect, Inc.,<br><br>　　　　　　Defendant. | :<br>:<br>:<br>:<br>:   Civil Action No.:  4:10-cv-00420-Y<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

　　　NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: October 5, 2010

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　By:  __/s/ Diana P. Larson_____
　　　　　　　　　　　　　　　　　　　　　Diana P. Larson
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24007799
　　　　　　　　　　　　　　　　　　　　　The Larson Law Office, PLLC
　　　　　　　　　　　　　　　　　　　　　440 Louisiana, Suite 900
　　　　　　　　　　　　　　　　　　　　　Houston, Texas  77002
　　　　　　　　　　　　　　　　　　　　　Telephone:  (713) 221-9088
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (832) 415-9762
　　　　　　　　　　　　　　　　　　　　　Email:  diana@thelarsonlawoffice.com

　　　　　　　　　　　　　　　　　　　　　<u>Of Counsel To:</u>
　　　　　　　　　　　　　　　　　　　　　LEMBERG & ASSOCIATES L.L.C.
　　　　　　　　　　　　　　　　　　　　　A Connecticut Law Firm
　　　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (877) 795-3666
　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 5, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By  /s/ Diana P. Larson

                                          Diana P. Larson