IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ZACHARY FRANKLIN | § | |
| VS. | § | CIVIL ACTION NO. 4:10-CV-420-BJ |
| PROCOLLECT, INC. | § | |

## FINAL JUDGMENT

Pending before the Court is the Parties' Stipulation of Dismissal, filed November 16, 2010. Therefore, pursuant to Federal Rules of Civil Procedure 58 and 41(a)(1),

It is hereby ORDERED, ADJUDGED, and DECREED that all claims in the above-styled and numbered cause are DISMISSED WITH PREJUDICE. All costs under 28 U.S.C. § 1920 shall be taxed against the party that incurred them.

SIGNED November 17, 2010.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE